**Tiemoko COULIBALY, Dr.; Fatou Gaye–Coulibaly, Dr., Plaintiffs– Appellants,**

v.

**JP MORGAN CHASE BANK, N.A.; Fannie Mae; Long & Foster Real Estate, Inc.; NRT–Mid–Atlantic Title Service, LLC, now known as Mid–Atlantic Settlement Services LLC; First American Title; FAACS; Guardian Funding; Integrated Asset Services; Simcox And Barclay, LLP; John and Jane Doe, Defendants–Appellees.**

No. 12–2230.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2013.

Decided: May 1, 2013.

Tiemoko Coulibaly, Fatou Gaye–Coulibaly, Appellants pro se. Chad King, John Sears Simcox, Simcox & Barclay, Annapolis, Maryland; Timothy Guy Casey, Law Office of Timothy G. Casey, PA, Rockville, Maryland; Sarah F. Lacey, Kimberly Anne Manuelides, Indira Kavita Sharma, Saul Ewing, LLP, Baltimore, Maryland; Brent M. Ahalt, Jennifer Anne Sherburne, McNamee, Hosea, Jernigan, Kim, Greenan & Walker, PA, Greenbelt, Maryland; Thomas Althauser, Seth Philip Kleiner, Eccleston & Wolf PC, Hanover Maryland, for Appellees.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Tiemoko Coulibaly and Dr. Fatou Gaye–Coulibaly appeal the district court's orders granting the motions to dismiss their claims filed by Defendants other than JP Morgan Chase Bank, N.A. ("Chase"), granting in part and denying in part the motion to dismiss filed by Chase, denying their motions for recusal and reconsideration, and granting Chase's motion for summary judgment in their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coulibaly v. JP Morgan Chase Bank, N.A.,* No. 8:10–cv–03517–DKC (D. Md. Sept. 7, 2012; Dec. 28, 2011; Dec. 12, 2011; Sept. 16, 2011 & Aug. 8, 2011). We deny Chase's motion to strike the informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*